OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

3/9/2015

UNITED STATES POSTAGE
PITNEY BOWES

02 1R     $ 00.26⁵
0006557458     MAR 13 2015
ZIP 73301

THOMPSON, RUSSELL KEVIN   Tr. Ct. No. 03CR0733-83-4   WR-64,883-05

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RUSSELL KEVIN THOMPSON
UNIT - TDC #1331832

Highrower Unit
902 Fm 686
Dayton, Tx. 77535

H1

FWD